**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __7__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Paint Boss Auto Reconditioning Ltd.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1524635** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **440 Industrial Drive, Unit D** **Naperville, IL 60563** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.paintbossauto.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Paint Boss Auto Reconditioning Ltd.**                                      Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __8111__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor   **Paint Boss Auto Reconditioning Ltd.**                   Case number (*if known*) _____

_____ Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Paint Boss Auto Reconditioning Ltd.**                                    Case number (*if known*)
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Paint Boss Auto Reconditioning Ltd.**                                Case number (*if known*) _____
Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  8, 2023**
                MM / DD / YYYY

**X** **/s/ Erin Rizzi**                          **Erin Rizzi**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Roxanna M. Hipple, Esq.**             Date  **August  8, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**Roxanna M. Hipple, Esq. 6211097**
Printed name

**HIPPLE LAW, P.C.**
Firm name

**100 Illinois Street, Ste. 200**
**St. Charles, IL 60174**
Number, Street, City, State & ZIP Code

Contact phone  **(847) 426-2900**       Email address  **rhipple@hipplelaw.com**

**6211097 IL**
Bar number and State

## Corporation Authorization

I, Erin Rizzi, declare that I am the President of Paint Boss Reconditioning, Ltd, an Illinois corporation, and that on June 19, 2023, the following resolution was adopted by the President of this corporation:

" Whereas, it is in the best interest of Paint Boss Reconditioning, Ltd., to file a voluntary petition in the United States Bankruptcy Court, pursuant to Chapter 7 of Title 11 of the United States Code;

IT IS RESOLVED that Erin Rizzi, President of Paint Boss Reconditioning, Ltd, is authorized and directed to execute and deliver all documents necessary for filing a Chapter 7 voluntary bankruptcy case on behalf of the corporation; and

IT IS RESOLVED that Erin Rizzi, President of Paint Boss Reconditioning, Ltd, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deed and to execute and deliver all necessary documents on behalf of the corporation in connection with a bankruptcy case; and

IT IS RESOLVED the Erin Rizzi, President of Paint Boss Reconditioning, Ltd, is authorized and directed to employ, Roxanna M. Hipple, an attorney and the law firm of Hipple Law, P.C. to represent the corporation in this bankruptcy case."

Dated __6/19/2023__ .

Signed By: _____

Erin Rizzi, President, Paint Boss Reconditioning, Ltd.

**Fill in this information to identify the case:**

Debtor name **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August  8, 2023__    X /s/ Erin Rizzi
                                   Signature of individual signing on behalf of debtor

                                   **Erin Rizzi**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................   $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................   $     **23,738.27**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................   $     **23,738.27**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $     **80,750.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **104,567.08**

4.    Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b       $     **185,317.08**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **Checking** | **4089** | **$11,884.59** |
| 3.2. | **Fifth Third Bank** | **Savings** | **5421** | **$0.17** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                    **$11,884.76**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit - 440 Industrial Drive, Unit D, Naperville, IL 60563** **James Peterson, 525 N. Lincoln Street, Hinsdale, IL 60521** | **$3,500.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Paint Boss Auto Reconditioning Ltd.**
Name

Case number *(If known)* _____

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **IDOR - Sales Tax Credit (ST-1)** | $67.25 |
| 8.2. | **IDOR - Sales Tax Credit  (ST-556 LSE)** | $147.66 |
| 8.3. | **IDOR - Withholding Credit** | $138.60 |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$3,853.51

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor    **Paint Boss Auto Reconditioning Ltd.**    Case number *(If known)* _____
    Name

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Exhibit C- Shop equipment, tools and supplies** | $16,863.00 | Liquidation | $8,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $8,000.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Paint Boss Auto Reconditioning Ltd.**                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$11,884.76** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$3,853.51** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$8,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$23,738.27** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$23,738.27** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Small Business Administration**
Creditor's Name

**Isabella Casillas Guzman, SBA Admin**
**409 3rd St., SW**
**Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/24/20**
**Last 4 digits of account number**
**8007**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**EIDL Loan - Security interest in all tangible and intangible personal property.**

**Describe the lien**
**Tangible and Intangible Personal Property Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | **$51,575.00** | **Unknown** |
|---|---|---|

**2.2**

**Small Business Administration**
Creditor's Name

**Isabella Casillas Guzman, SBA Admin**
**409 3rd St., SW**
**Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Revolving Line of Credit - Fifth Third**

**Describe the lien**
**Security Interest in Tangible and Intangible Personal Property**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No

|  | **$29,175.00** | **Unknown** |
|---|---|---|

Debtor   **Paint Boss Auto Reconditioning Ltd.**                                Case number (if known) _____
         _____
         Name

**12/31/2021**

**Last 4 digits of account number**
**9101**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $80,750.00 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | Line __2.2__ | |
| **United States Attorney**<br>**Civil Process Clerk**<br>**219 South Dearborn, Room 500**<br>**Chicago, IL 60604** | Line __2.1__ | |
| **United States Attorney**<br>**Civil Process Clerk**<br>**219 South Dearborn, Room 500**<br>**Chicago, IL 60604** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,504.12**

**Allied Benefit Systems, LLC**
**P.O. Box 3205**
**Carol Stream, IL 60132-3205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/2023

Basis for the claim:  **Medical Insurance**

Last 4 digits of account number  3643

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,272.89**

**American Express**
**P.O. Box 981537**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  2000

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,723.22**

**CCC Intelligent Solutions**
**8059 Innovation Way**
**Chicago, IL 60682-8059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Automotive Software Subscription**

Last 4 digits of account number  3607

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69.95**

**Celero Transnational**
**9550 West Higgins Road, 8th Floor**
**Rosemont, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Credit Card Machine Subscription**

Last 4 digits of account number  0079

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Paint Boss Auto Reconditioning Ltd.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197-6111**

Date(s) debt was incurred _

Last 4 digits of account number  **2052**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$318.74**

---

**3.6** | Nonpriority creditor's name and mailing address
**Enterprise**
**1050 N. Lombard Road**
**Lombard, IL 60148-1232**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service Provider - vehicle rental**

Is the claim subject to offset? ■ No ☐ Yes

**$76.64**

---

**3.7** | Nonpriority creditor's name and mailing address
**Jack Phelan**
**Dodge Chrysler Jeep**
**5859 LaGrange Road**
**La Grange, IL 60525**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **4018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Automotive Parts Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,551.62**

---

**3.8** | Nonpriority creditor's name and mailing address
**LRS**
**5500 Pearl Street, Ste 300**
**Rosemont, IL 60018-5303**

Date(s) debt was incurred _

Last 4 digits of account number  **6502**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste and Recycling Service**

Is the claim subject to offset? ■ No ☐ Yes

**$190.35**

---

**3.9** | Nonpriority creditor's name and mailing address
**Nicor**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

Date(s) debt was incurred _

Last 4 digits of account number  **2388**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$416.18**

---

**3.10** | Nonpriority creditor's name and mailing address
**Pugi of Chicagoland**
**2020 West Ogden Avenue**
**Downers Grove, IL 60515**

Date(s) debt was incurred  **2022 and 2023**

Last 4 digits of account number  **3092**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Automotive Parts Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$11,880.51**

---

**3.11** | Nonpriority creditor's name and mailing address
**Sims Law Firm, Ltd.**
**1700 Park Street**
**Ste. 26**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$1,304.00**

---

| Debtor | **Paint Boss Auto Reconditioning Ltd.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,769.58 |
|---|---|---|---|

**Small Business Administration**
**Isabella Casillas Guzman, SBA Admin**
**409 3rd St., SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2-28-21**

Basis for the claim: **PPP Loan**

Last 4 digits of account number **8505**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $532.08 |
|---|---|---|---|

**Verizon**
**P.O. Box 489**
**Newark, NJ 07101-0489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **Phone Service**

Last 4 digits of account number **2535**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.20 |
|---|---|---|---|

**Waste Management**
**1411 Opus Place**
**Suite 400**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Disposal and Recycling**

Last 4 digits of account number **5399**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**Westfield Insurance Company**
**One Park Circle**
**Westfield Center, OH 44251**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **Breach of Contract - Kane County Illinois 22 AR 110**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mark D. Lawrence**<br>**Ford & Britton, P.C.**<br>**120 LaSalle, Ste 950**<br>**Chicago, IL 60602** | Line **3.15**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **United States Attorney**<br>**Civil Process Clerk**<br>**219 South Dearborn, Room 500**<br>**Chicago, IL 60604** | Line **3.12**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Weida Lang**<br>**c/o Mark D. Lawrence Ford & Britton**<br>**120 LaSalle, Ste 950**<br>**Chicago, IL 60602** | Line **3.15**<br><br>☐ Not listed. Explain ___ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                    0.00 |

Debtor    **Paint Boss Auto Reconditioning Ltd.**
          Name

Case number (*if known*)

**5b. Total claims from Part 2**

5b.  **+**  $                    104,567.08

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

5c.  $                    104,567.08

**Fill in this information to identify the case:**

Debtor name      **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Property located at 440 Industrial Drive, Unit D, Naperville, IL 60563. Landlord provided non-renewal notice on May 4, 2023.** | |
| State the term remaining | **1 month** | |
| List the contract number of any government contract | | **James Peterson** **515 N. Lincoln Street** **Hinsdale, IL 60521** |

**Fill in this information to identify the case:**

Debtor name   **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Erin Rizzi** | **1397 Geneva Court**<br>**Bartlett, IL 60103** | **Small Business Administration** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Erin Rizzi** | **1397 Geneva Court**<br>**Bartlett, IL 60103** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name        **Paint Boss Auto Reconditioning Ltd.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | $258,373.93 |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | $382,168.94 |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | $692,694.32 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **Paint Boss Auto Reconditioning Ltd.**                      Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Keystone**<br>**5100 W. 123rd Street, Ste B**<br>**Alsip, IL 60803** | **See Exhibit A - Creditor Payments** | **$10,414.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Alfredo Tovar**<br>**3018 S. Drake Avenue**<br>**Chicago, IL 60623** | **See Exhibit A - Creditor Payments** | **$8,065.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **See Exhibit A - Creditor Payments** | **$11,299.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**Taxes**_ |
| 3.4. | **James Peterson**<br>**515 N. Lincoln Street**<br>**Hinsdale, IL 60521** | **See Exhibit A - Creditor Payments** | **$8,048.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**Landlord - Rent**_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

| Debtor | Paint Boss Auto Reconditioning Ltd. | | Case number *(if known)* | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Westfield Insurance Company & Weida Lang v. Paint Boss Auto Conditioning LTD. 22 AR 110 | Breach of Contract | Eighteenth Judicial Circuit Office of the Circuit Court Clerk 505 N. County Farm Road Wheaton, IL 60187 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Paint Boss Auto Reconditioning Ltd.**          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **HIPPLE LAW, P.C.** <br> **100 Illinois Street, Ste. 200** <br> **St. Charles, IL 60174** | **Attorney Fees and Costs** | **6/21/23** | **$7,500.00** |
| | **Email or website address** <br> **rhipple@hipplelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Debtor    **Paint Boss Auto Reconditioning Ltd.**                         Case number *(if known)* _____

---

**Customer files with names and addresses**

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, utilizes or that the debtor formerly owned, operated, or utilized.

---

Debtor   **Paint Boss Auto Reconditioning Ltd.**                                Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Anne Marie Craighead AMC Accounting Solutions 1001 E. Chicago Ave. Naperville, IL 60563** | **August 2018 to March 2022** |
| 26a.2. | **Joe Xu and Linda Kang Pillar Accounting 1952 McDowell Road Naperville, IL 60563** | **November 2022 to May 2023** |
| 26a.3. | **Kathleen L. Dienhart Dienhart CPA 821 West State Street, Ste A Geneva, IL 60134** | **July 2023 to present** |

Debtor   **Paint Boss Auto Reconditioning Ltd.**                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4.   **Erin Rizzi**<br>**1397 Geneva Court**<br>**Bartlett, IL 60103** | **April 2022 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Erin Rizzi**<br>**1397 Geneva Court**<br>**Bartlett, IL 60103** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Fifth Third Bank**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** |
| 26d.2.   **Small Business Administration**<br>**Isabella Casillas Guzman, SBA Admin**<br>**409 3rd St., SW**<br>**Washington, DC 20416** |
| 26d.3.   **Anne Marie Craighead**<br>**AMC Accounting Solutions**<br>**1001 E. Chicago Ave.**<br>**Naperville, IL 60563** |
| 26d.4.   **Hometown National Bank**<br>**Dennis Platpodis**<br>**772 Essington Rd #A**<br>**Joliet, IL 60435** |
| 26d.5.   **Baxter-Klein (ERC)**<br>**Randy Goldberg**<br>**120 Madeira Drive NE, Ste 220**<br>**Albuquerque, NM 87108** |
| 26d.6.   **Crossriver Bank**<br>**400 Kelby St.**<br>**Fort Lee, NJ 07024** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **Paint Boss Auto Reconditioning Ltd.**    Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Erin Rizzi** | **1397 Geneva Court Bartlett, IL 60103** | **President and Secretary; Shareholder** | **49** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Domonic Rizzi** | **1397 Geneva Court Bartlett, IL 60103** | **Shareholder** | **50** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Erin Rizzi 1397 Geneva Court Bartlett, IL 60103** | **$53,400.00** | **08/05/22 to 07/06/23** | **See EXHIBIT B - Payroll** |
| | Relationship to debtor **Employee, Shareholder and Corporate Officer** | | | |
| 30.2. | **Domonic Rizzi 1397 Geneva Court Bartlett, IL 60103** | **$64,600.00** | **08/05/22 to 07/06/23** | **See EXHIBIT B - Payroll** |
| | Relationship to debtor **Employee and Shareholder** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Debtor    **Paint Boss Auto Reconditioning Ltd.**                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  8, 2023**

**/s/ Erin Rizzi**                                    **Erin Rizzi**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Paint Boss Auto Reconditioning Ltd.**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 7,162.00 |
| Prior to the filing of this statement I have received | $ 7,162.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; Negotiations w/ secured creditors to reduce market value.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  8, 2023**

*Date*

**/s/ Roxanna M. Hipple, Esq.**
**Roxanna M. Hipple, Esq. 6211097**
*Signature of Attorney*
**HIPPLE LAW, P.C.**
**100 Illinois Street, Ste. 200**
**St. Charles, IL 60174**
**(847) 426-2900**
**rhipple@hipplelaw.com**
*Name of law firm*

## Retainer Agreement
## (Chapter 7 – BUSINESS BANKRUPTCY)

The undersigned owner of **Paint Boss Auto Reconditioning, Ltd**, hereinafter referred to as "Client", agrees to employ **Hipple Law, P.C.**, hereinafter referred to as "Attorney" to render legal services in connection with filing a bankruptcy case on behalf of the Client, and hereby empower and authorize Attorney to handle all actions, in their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client acknowledges that the following advance payment retainer agreement has been fully explained, and Client agrees to pay the agreed fees and costs in consideration of legal services rendered or to be rendered.

**Fees and Costs.** Client agrees to pay Attorney an initial retainer of **$7,500.00** for legal services and costs set forth herein to prepare, file and handle a Chapter 7 bankruptcy case for **Paint Boss Auto Reconditioning, Ltd.** Client agrees that the initial retainer fee will be allocated as follows:

(a) <u>Initial Document Review.</u> Attorney shall receive **$2,500.00** as a non-refundable fee to complete an initial review of specific documents requested by attorney, including 1) tax returns, 2) bank statements, 3) financial statements, 4) general ledger file and reports, 5) asset liquidation records, 6) leases, 7) specific documents identified by Attorney related to current litigation, 8) PPP Loan documents and communications with SBA, 9) EIDL loan documents and communication with SBA; 10) insider payments including payroll disbursements, 11) inventory, 12) account receivables, 13) account payables, 14) recent payments and communications with any creditors, and 15) other transfer of assets by the business, during the time frame requested by Attorney. The parties agree that the purpose of the initial document review is for Attorney to determine the scope and estimated legal fees that will be necessary to commence a Chapter 7 bankruptcy case, including preparation of the petition, schedules, and statement of financial affairs; attendance at the 341 meeting of creditors; required routine court appearances and communications with the Chapter 7 trustee appointed in the case. The initial assessment by Attorney will not include a determination for any fees related to contested matters or adversary proceedings, as the engagement of Attorney pursuant to this agreement will not include work for those types of proceedings.

(b) <u>Filing Fee.</u> Attorney shall receive **$338.00** for the case filing fee, which shall be refunded if the case is not filed.

(c) <u>Case Preparation, Filing, and Management.</u> Attorney shall receive a minimum non-refundable retainer of **$4,662.00** to review all documents provided by Client and to prepare all documents necessary to commence a Chapter 7 bankruptcy case, including preparation of the petition, schedules, and statement of financial affairs; attendance at the 341 meeting of creditors and required routine court appearances; and communications with the Chapter 7 trustee appointed in the case. <u>Client agrees that this</u>

<u>agreement does not include representation or handling by Attorney for any contested matters or adversary proceedings related to the Chapter 7 case.</u>

(d) <u>Additional Retainer.</u> Client acknowledges that the retainer amount contained in this agreement is an estimate by Attorney for the legal fees required for this matter based solely on the initial consultation with Client. Client understands that the purpose of the initial document review by Attorney is to determine whether any additional fees will be required to complete the work in the time frame expected by Client. After completion of the initial document review, Attorney will notify Client whether any additional fees will be necessary for the case and the reason for the fees. If additional fees are necessary, Attorney will also provide Client with an addendum to this agreement for Client to review for signature. If Client decides not to sign the addendum or pay the additional retainer, then Attorney may withdraw from representation of Client.

**Advance Payment Retainer Agreement.** This retainer agreement is an advance payment retainer agreement of a non-refundable retainer. The funds Client has agreed to pay Attorney shall be deposited in Attorney's general operating account and ownership of said funds transfer to Attorney immediately upon payment.

**Services Provided.** It is understood that the above referenced fee is payment for services rendered and services to be performed. The services provided by Attorney shall include review of all business documentation provided by client; review of all business records related to debts and obligations; counseling related to substantive and procedural issues with filing a Chapter 7 bankruptcy case; complete drafting of all required bankruptcy documents; revision and redrafting of final bankruptcy documents; filing the case; attending creditors' meeting; attendance at routine court appearances; and communications with the Chapter 7 Trustee assigned to the case.

**Services Not Provided.** Client understands that an additional retainer, with a separate agreement may be necessary in the event that additional representation becomes necessary for any 2004 examinations or any other action, hearing or representation that is not specified in the preceding paragraph of this agreement.

Attorney reserves the right to withdraw from representation if 1) Client asks Attorney to take a position or employ a strategy Attorney deems to be inappropriate, 2) Client disregards the professional advice and counsel from Attorney with respect to this engagement whereby in the opinion of Attorney they cannot adequately protect their Client's interests, or 3) in the event that there are irreconcilable differences whereby Attorney believes they can no longer effectively represent Client.

Client has the right to terminate this agreement at any time by written notice to Attorney. Client will still be obligated to pay for any expenses incurred on their behalf per the terms of

this agreement, as well as the non-refundable retainer. Attorney agrees to cooperate with the orderly transition of the file to other counsel of Client's choice if there is a file transition.

Client understands that after representation has completed, changes may occur in applicable laws, regulations or facts that could have an impact on Client's future rights and responsibilities. Client understands that they must engage Attorney pursuant to a new retainer agreement for any representation related to issues arising after the engagement defined in this agreement concludes. Moreover, Attorney shall not have any continuing obligation to advise Client with respect to legal or other developments that may occur after conclusion of this case.

**Client Responsibilities.** Client agrees to fully cooperate with preparation of the Chapter 7 bankruptcy case, to appear for the creditors' meeting and any required court appearances, as well as comply with all reasonable requests made by Attorney for preparation of this bankruptcy case. Failure to cooperate may result in a delay with filing the case, court-imposed sanctions, and Attorney's withdrawal from the case.

Client understands that it is their responsibility to provide Attorney with a complete and accurate list of all creditors, payments, and transfers, as well as any other information requested by Attorney. Client further understands that any debts, payments, and transfers not listed in the bankruptcy schedules could cause adverse consequences for Client in the future.

 Client understands that they must be an active Illinois Corporation at the time of filing, in order to file a business bankruptcy case. Client also understands that the Trustee will likely require, at a minimum, at least two years of bank statements, general ledger records and tax returns for the Corporation after filing. Client agrees to promptly provide to Attorney any and all documents requested by the Trustee for this case.

**Copies of Documents / File Retention.** Attorney shall provide electronic copies of all documents related to this case to Client via email. Client should retain those documents as copies for the Corporation's records. Client understands that the file shall be maintained by Attorney no more than five years after the case is closed. If Client requires copies of any documents or the return of original documents provided to Attorney, Client must request the documents in writing before the expiration of the five-year period. Client understands that there may be an hourly charge to obtain copies of any documents from Attorney after the case is closed.

**Default.** If there is a default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel.

**Other.** The fees charged are in connection with this case are for bankruptcy issues only and do not include resolution of any other matters involving Client in any other court or matter.

This retainer constitutes the entire agreement between the Attorney and Client regarding attorneys' fees and services provided for this engagement. The parties agree to resolve any disputes through mediation, followed by arbitration before any suit is filed.

Attorney is a debt relief agency that helps individuals and corporations file for relief under the Bankruptcy Code.

Client acknowledges the terms of this agreement and agrees to abide by its provisions.

Date: _6/21/23_

_Erin Rizzi_

PAINT BOSS AUTO RECONDITIONING, LTD.
By: Erin Rizzi, President and Secretary

_____

HIPPLE LAW, P.C.
By:  Roxanna M. Hipple, Esq.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Paint Boss Auto Reconditioning Ltd.**                          Case No.
                                                    Debtor(s)            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                  **21**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August  8, 2023**                    **/s/ Erin Rizzi**
                                                **Erin Rizzi**/**President**
                                                Signer/Title

Allied Benefit Systems, LLC
P.O. Box 3205
Carol Stream, IL 60132-3205


American Express
P.O. Box 981537
El Paso, TX 79998


CCC Intelligent Solutions
8059 Innovation Way
Chicago, IL 60682-8059


Celero Transnational
9550 West Higgins Road, 8th Floor
Rosemont, IL 60018


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Enterprise
1050 N. Lombard Road
Lombard, IL 60148-1232


Erin Rizzi
1397 Geneva Court
Bartlett, IL 60103


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263


Jack Phelan
Dodge Chrysler Jeep
5859 LaGrange Road
La Grange, IL 60525


James Peterson
515 N. Lincoln Street
Hinsdale, IL 60521


LRS
5500 Pearl Street, Ste 300
Rosemont, IL 60018-5303

Mark D. Lawrence
Ford & Britton, P.C.
120 LaSalle, Ste 950
Chicago, IL 60602


Nicor
PO Box 5407
Carol Stream, IL 60197-5407


Pugi of Chicagoland
2020 West Ogden Avenue
Downers Grove, IL 60515


Sims Law Firm, Ltd.
1700 Park Street
Ste. 26
Naperville, IL 60563


Small Business Administration
Isabella Casillas Guzman, SBA Admin
409 3rd St., SW
Washington, DC 20416


United States Attorney
Civil Process Clerk
219 South Dearborn, Room 500
Chicago, IL 60604


Verizon
P.O. Box 489
Newark, NJ 07101-0489


Waste Management
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Weida Lang
c/o Mark D. Lawrence Ford & Britton
120 LaSalle, Ste 950
Chicago, IL 60602


Westfield Insurance Company
One Park Circle
Westfield Center, OH 44251

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Paint Boss Auto Reconditioning Ltd.**

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Paint Boss Auto Reconditioning Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  8, 2023**

Date

/s/ Roxanna M. Hipple, Esq.

**Roxanna M. Hipple, Esq. 6211097**

Signature of Attorney or Litigant

Counsel for   **Paint Boss Auto Reconditioning Ltd.**

**HIPPLE LAW, P.C.**
**100 Illinois Street, Ste. 200**
**St. Charles, IL 60174**
**(847) 426-2900**
**rhipple@hipplelaw.com**

**Paint Boss Reconditioning, LTD.**
**Exhibit A - Creditor Payments (90 days)**

| Vendor name | Transaction date | Amount |
|---|---|---|
| Keystone | 04/25/2023 | -$295.25 |
| Keystone | 05/01/2023 | -$184.25 |
| Keystone | 05/04/2023 | -$373.25 |
| Keystone | 05/04/2023 | -$373.91 |
| Keystone | 05/05/2023 | -$824.00 |
| Keystone | 06/07/2023 | -$241.00 |
| Keystone | 06/07/2023 | -$250.00 |
| Keystone | 06/08/2023 | -$106.75 |
| Keystone | 06/08/2023 | -$41.82 |
| Keystone | 06/12/2023 | -$1,028.75 |
| Keystone | 06/13/2023 | -$3,573.25 |
| Keystone | 06/20/2023 | -$654.35 |
| Keystone | 06/20/2023 | -$98.58 |
| Keystone | 06/20/2023 | -$1,053.00 |
| Keystone | 06/20/2023 | -$467.00 |
| Keystone | 06/21/2023 | -$100.00 |
| Keystone | 06/21/2023 | -$92.95 |
| Keystone | 06/21/2023 | -$95.00 |
| Keystone | 06/22/2023 | -$240.00 |
| Keystone | 06/23/2023 | -$12.11 |
| Keystone | 07/21/2023 | -$309.00 |
| | | **-$10,414.22** |
| Alfredo Tovar | 05/02/2023 | -$1,140.00 |
| Alfredo Tovar | 05/08/2023 | -$1,300.00 |
| Alfredo Tovar | 05/16/2023 | -$1,100.00 |
| Alfredo Tovar | 05/22/2023 | -$850.00 |
| Alfredo Tovar | 05/26/2023 | -$875.00 |
| Alfredo Tovar | 06/05/2023 | -$950.00 |
| Alfredo Tovar | 06/13/2023 | -$1,000.00 |
| Alfredo Tovar | 06/27/2023 | -$850.00 |
| | | **-$8,065.00** |
| IRS | 05/03/2023 | -$2,395.82 |
| IRS | 05/17/2023 | -$2,395.82 |
| IRS | 06/01/2023 | -$2,395.84 |
| IRS | 06/14/2023 | -$2,395.80 |
| IRS | 06/28/2023 | -$2,395.84 |
| IRS | 07/15/2023 | $679.17 |
| | | **-$11,299.95** |
| James Peterson (Landlord) | 05/17/2023 | -$3,900.00 |
| James Peterson (Landlord) | 05/17/2023 | -$125.33 |
| James Peterson (Landlord) | 06/16/2023 | -$3,900.00 |
| James Peterson (Landlord) | 07/03/2023 | -$123.33 |
| | | **-$8,048.66** |

**Paint Boss Reconditioning, Ltd.**
**Exhibit B - Payroll to Insiders (1 year)**

| Pay date | Name | Amount |
|---|---|---|
| 07/06/23 | Rizzi, Erin M | $ 2,800.00 |
| 06/23/23 | Rizzi, Erin M | $ 2,800.00 |
| 06/09/23 | Rizzi, Erin M | $ 2,800.00 |
| 05/26/23 | Rizzi, Erin M | $ 2,800.00 |
| 05/12/23 | Rizzi, Erin M | $ 2,800.00 |
| 04/28/23 | Rizzi, Erin M | $ 2,800.00 |
| 03/17/23 | Rizzi, Erin M | $ 1,400.00 |
| 03/03/23 | Rizzi, Erin M | $ 2,800.00 |
| 02/17/23 | Rizzi, Erin M | $ 2,800.00 |
| 02/23/23 | Rizzi, Erin M | $ 2,800.00 |
| 01/20/23 | Rizzi, Erin M | $ 2,800.00 |
| 01/06/23 | Rizzi, Erin M | $ 2,800.00 |
| 12/23/23 | Rizzi, Erin M | $ 2,800.00 |
| 12/09/22 | Rizzi, Erin M | $ 1,600.00 |
| 11/25/22 | Rizzi, Erin M | $ 2,400.00 |
| 11/10/22 | Rizzi, Erin M | $ 2,400.00 |
| 10/28/22 | Rizzi, Erin M | $ 1,600.00 |
| 10/14/22 | Rizzi, Erin M | $ 1,600.00 |
| 09/30/22 | Rizzi, Erin M | $ 1,600.00 |
| 09/16/22 | Rizzi, Erin M | $ 1,600.00 |
| 09/02/22 | Rizzi, Erin M | $ 1,600.00 |
| 08/19/22 | Rizzi, Erin M | $ 2,000.00 |
| 08/05/22 | Rizzi, Erin M | $ 2,000.00 |
| **TOTAL - Erin Rizzi** | | **$ 53,400.00** |
| | | |
| 07/06/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 06/23/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 06/09/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 05/26/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 05/12/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 04/28/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 04/14/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 03/31/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 03/17/23 | Rizzi Sr., Dominic | $ 1,400.00 |
| 03/03/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 02/17/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 02/23/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 01/20/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 01/06/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 12/23/23 | Rizzi Sr., Dominic | $ 2,800.00 |
| 12/09/22 | Rizzi Sr., Dominic | $ 1,600.00 |
| 11/25/22 | Rizzi Sr., Dominic | $ 2,800.00 |
| 11/10/22 | Rizzi Sr., Dominic | $ 2,800.00 |
| 10/28/22 | Rizzi Sr., Dominic | $ 2,400.00 |
| 10/14/22 | Rizzi Sr., Dominic | $ 2,400.00 |
| 09/30/22 | Rizzi Sr., Dominic | $ 2,400.00 |
| 09/16/22 | Rizzi Sr., Dominic | $ 2,400.00 |
| 09/02/22 | Rizzi Sr., Dominic | $ 2,400.00 |
| 08/19/22 | Rizzi Sr., Dominic | $ 2,400.00 |
| 08/05/22 | Rizzi Sr., Dominic | $ 2,400.00 |
| **TOTAL - Dominic Rizzi, Sr.** | | **$ 64,600.00** |

**Paint Boss**
**Supplies and Equipment**
**07/08/2023**



- Marathon Spray Booth with Fire Suppression System
- ~~1000 lb Hydraulic Lift~~ → sold on 8/5/2023 for liquidation value of $2000 C
- Double Post Frame Machine
- 220 Pressure Washers (2)
- Rolling 3-Tiered Shelves (8)
- Bumper Stands (10)
- 3M Hanging Metal Cabinet
- Air Dryer
- Large Utility Cabinets (3)
- Ladder
- Lawn Mower
- 100 Gallon Compressor with Dryer
- Paint Shakers (2)
- Utility Cart
- Heat Gun
- Paper Masking Machines
- Heat Lamps (2)
- Stand up Shop Fan
- Various Wurth Clips, Bolts, Small Tools, and Supplies
- Hercules Gun Cleaner
- Paint Room and Paint Supplies
- Misc. Car Wash and Detail Supplies
- Microwave

*EXHIBIT C*